**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MDG DOWNINGTOWN, L.P.,

            Respondent

      v.

MATTHEW KANAPESKY,

            Petitioner

: No. 623 MAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.